**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| XIAODAN ZHANG, | No. 13-70593 |
| Petitioner, | Agency No. A088-276-542 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 23, 2014**

Before:     W. FLETCHER, RAWLINSON, and CHRISTEN, Circuit Judges.

Xiaodan Zhang, a native and citizen China, petitions for review of the

Board of Immigration Appeals' ("BIA") order dismissing her appeal from an

immigration judge's ("IJ") decision denying her applications for asylum and

withholding of removal.  We have jurisdiction under 8 U.S.C. § 1252.  We review

---

\*        This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*        The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

for substantial evidence the agency's factual findings. *Zehatye v. Gonzales*, 453 F.3d 1182, 1184-85 (9th Cir. 2006). We grant the petition for review, and we remand.

In upholding the IJ's denial of relief, the BIA faulted Zhang for failing to corroborate her claim related to her cesarean section. Because the IJ did not have the benefit of our intervening decision in *Ren v. Holder*, 648 F.3d 1079 (9th Cir. 2011), and the BIA did not apply the framework articulated in *Ren*, 648 F.3d at 1090-93, we grant the petition for review. We remand Zhang's asylum and withholding of removal claims to the BIA for further proceedings consistent with this disposition, including, if appropriate, remand to the IJ. *See INS v. Ventura*, 537 U.S. 12, 16-18 (2002) (per curiam).

**PETITION FOR REVIEW GRANTED; REMANDED.**